<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7121**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY JONES, a/k/a Boo,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson E. Legg, Chief District Judge. (CR-95-234, CA-99-186-L)

---

Submitted:  December 20, 2002          Decided:  January 8, 2003

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gregory Jones, Appellant Pro Se.  Robert Reeves Harding, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Jones seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and denying reconsideration of that order.  We have reviewed the record and conclude for the reasons stated by the district court that Jones has not made a substantial showing of the denial of a constitutional right.  See United States v. Jones, No. CR-95-234; CA-99-186-L (D. Md. May 21, 2002; June 27, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  See 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED